**FORM 13**

**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by Michael J. Lowell
(Name of attorney of record)
on behalf of Danfoss LLC, et al. in the matter of Danfoss LLC, et al. v. U.S. Customs and Border Protection, et al., Court No. 26-00678.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

Danfoss LLC and Danfoss Power Solutions II, LLC are wholly owned by Danfoss Power Solutions (US) Company, which is wholly owned by Danfoss Power Solutions, Inc. Danfoss Power Solutions, Inc. is ultimately owned by Danfoss A/S. Danfoss Power Solutions II S.A. de C.V. is wholly owned by MXCO Danfoss Industries S.A. de C.V., which is ultimately owned by Danfoss A/S. Semikron Danfoss, LLC is wholly owned by Danfoss Semikron GmbH, which is ultimately owned by Danfoss A/S.

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

/s/ Michael J. Lowell
Signature of Attorney

January 15, 2026
Date

Reed Smith LLP
Firm
1301 K Street, NW, Suite 1000 - East Tower
Street Address
Washington, DC 20005
City, State and Zip Code
(202) 414-9200
Telephone Number
jangotti@reedsmith.com
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)